[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15482
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-20206-BB-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCELLUS ROUNDTREE,
a.k.a. Four,
a.k.a. Fatboy,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(August 21, 2015)

Before TJOFLAT, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Marcellus Roundtree in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Roundtree's conviction and sentence are **AFFIRMED**.